# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| J.B., as PARENT and NEXT FRIEND of K.B., a minor child, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil No. 3:18-cv-00090 |
| | ) Judge Trauger |
| SUMNER COUNTY BOARD OF EDUCATION, ET AL., | )<br>)<br>) |
| Defendants. | ) |

## **O R D E R**

On September 11, 2018, the magistrate judge issued a Report and Recommendation (DE #15), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendants' Motion to Dismiss (Docket No. 13) is GRANTED, and this case is DISMISSED without prejudice.

This Order constitutes the judgment in the case.

It is so **ORDERED**.

ENTER this 16th day of October 2018.

_____
ALETA A. TRAUGER
United States District Judge